## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## COLUMBUS, OHIO

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY CASE NO. 2:26-BK-50143 |
| | ) | |
| JASON E. BURCH | ) | CHAPTER 7 |
| | ) | |
| | ) | BANKRUPTCY JUDGE |
| | ) | MINA NAMI KHORRAMI |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| Debtor | ) | **REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the undersigned is counsel for PNC Bank, National Association, and pursuant to Bankruptcy Rules 2002 and 9010 and Section 102(1) of the Bankruptcy Code, the undersigned requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtor, the property of Debtor, or PNC Bank, National Association.

Respectfully submitted,
THOMAS, TRATTNER & MALONE, LLC

/s/ Robert B. Trattner
Robert B. Trattner (0062088)
1653 Merriman Road, #203
Akron, Ohio 44313
Tele: (330) 253-5738
Fax: (330) 253-5743
rtrattner@ttmlaw.com
Attorney for PNC Bank, National Association

## CERTIFICATE OF SERVICE

I, Robert B. Trattner, hereby certify that a true copy of the foregoing Notice of

Appearance and Request for Service of Papers was electronically transmitted on the 22nd day of

January, 2026, via the Court's CM/ECF system to the following who are listed on the Court's

electronic mail notification list:

Katherine B. Brewer, Esq. at kbrewer@woodbrewerlaw.com
James A. Coutinho, Esq. at coutinho@asnalaw.com
United States Trustee at ustpregion09.cb.ecf@usdoj.gov

/s/ Robert B. Trattner
Robert B. Trattner (0062088)
Attorney for PNC Bank, National Association

2